UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| WILLARD J. KING, | ) | |
| | ) | |
| Plaintiff, | ) | 1:21-CV-00055-DCLC-SKL |
| | ) | |
| v. | ) | |
| | ) | |
| SEQUATCHIE COUNTY GOVERNMENT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Plaintiff's Consolidated Motion to Extend Pre-Trial Deadlines, Continue Trial, and Substitute Counsel [Doc. 72] in which he requests a continuance of the trial date in this matter and the deadlines to file pretrial motions. Plaintiff also requests the Court substitute as counsel and note the appearance of Robert F. Davis at the firm of Davis, Kessler & Davis due to counsel leaving the law firm for employment elsewhere. Trial is currently scheduled to begin on May 13, 2024, and the final pretrial conference is scheduled for April 30, 2024 [Doc. 38, pg. 1].

Given the need to substitute Plaintiff's counsel, Plaintiff's motion [Doc. 72] is well-taken and **GRANTED**. The jury trial in this matter is **CONTINUED** to **January 14, 2025, at 9:00 a.m. EST.** Additionally, the final pretrial conference is **RESET** to **January 2, 2025, at 1:30 p.m. EST**. Any additional deadlines and procedures not addressed herein are as provided in the Order on Discovery and Scheduling [Doc. 38]. Further, Plaintiff's request for new counsel is well-taken, and the Court substitutes Robert F. Davis as Plaintiff's counsel.

**SO ORDERED:**

1

s/ Clifton L. Corker
United States District Judge