UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| WILLARD J. KING, | ) |
| Plaintiff, | ) |
| v. | ) 1:21-CV-00055-DCLC-SKL |
| SEQUATCHIE COUNTY GOVERNMENT, et al., | ) |
| Defendants. | ) |

**ORDER**

The parties filed a joint status report on August 6, 2025 noting that "there remain no issues in dispute, no remaining claims, and no need for additional judicial action or intervention" and "[t]he matter is conclusively resolved." [Doc. 93, pg. 2]. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(2), this matter is **DISMISSED**.

The Clerk is directed to close the case.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge